UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TIMUR OTEGEN,

           Petitioner,

      v.

FERETI SEMAIA, ET AL.,

           Respondents

Case No. 5:26-cv-01631-MRA-AYP

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

**(A245-428-611)**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" ("Petition") and exhibits and Respondents' Answer to the Petition, and all of the records herein, including the May 15, 2026, Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). No objections to the Report and Recommendation have been filed. The Court approves and accepts the Report and Recommendation.

IT THEREFORE IS ORDERED that Judgment be entered granting the Petition and issuing a writ of habeas corpus (1) requiring Petitioner's **immediate release** subject to conditions of supervision that existed prior to his detention on March 23, 2026, and the return of all property confiscated from him during his arrest and processing into detention; and (2) enjoining Respondents and their officers, agents, employees, attorneys, and persons acting on their behalf in concert or in participation with them from re-detaining Petitioner absent pre-deprivation notice and a constitutionally adequate pre-deprivation hearing at which the Government must justify the need to confine him prior to his re-detention.

It is further ORDERED that the parties shall file a joint status report no later than seven (7) days from the date of this Order confirming that Petitioner has been released from Respondents' custody.

IT IS SO ORDERED.

DATED: June 9, 2026

_____
HONORABLE MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

2.