# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TIMUR OTEGEN,

          Petitioner,

      v.

FERETI SEMAIA, ET AL.,

          Respondents.

) Case No. 5:26-cv-01631-MRA-AYP
)
)
)
) JUDGMENT
)
) **(A245-428-611)**
)
)
)
)
)

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that (1) the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") is GRANTED; and (2) the Clerk shall enter Judgment accordingly.

    IT IS SO ADJUDGED.

DATED: June 9, 2026



_____

HONORABLE MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE